**Order entered February 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01429-CV

### JIM SILLIMAN, Appellant

### V.

### LUXOR CONTRACTING, INC. D/B/A LUXOR STAFFING, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-01795**

## ORDER

The reporter's record is overdue in this appeal. Appellant's docketing statement reflects that appellant requested the record, but had not made payment arrangements for it. Accordingly, we **ORDER** Vielica Dobbins, official court reporter of the 134th Judicial District Court, to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification appellant has not paid for the record. *We notify appellant that if we receive verification of non-payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vielica Dobbins, official court reporter, 134th Judicial District Court, and to counsel for all parties.

/s/     DAVID LEWIS
        JUSTICE